# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PAPE TAMBA,** | ] |
| | ] |
| **Plaintiff/Counter-Defendant,** | ] |
| | ] |
| v. | ] **CIVIL ACTION NO.** |
| | ] **2:18-CV-00392-KOB** |
| **PUBLIX SUPER MARKETS, INC.,** | ] |
| | ] |
| **Defendant/Counter-Claimant.** | ] |

## JUDGMENT

For the reasons stated in the court's Memorandum Opinion entered contemporaneously with this Order, the court **ENTERS JUDGMENT** in favor of Defendant/Counter-Claimant Publix Super Markets, Inc. and against Plaintiff/Counter-Defendant Pape Tamba **in the amount of $15,246.57** on Publix's breach of contract counterclaim.

**DONE** and **ORDERED** this 20th day of September, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT
JUDGE

1