# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PAPE TAMBA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | **CIVIL ACTION NO.:** |
| vs. ) | **2:18-cv-00392-KOB** |
| ) | |
| **PUBLIX SUPER MARKETS,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## AMENDED NOTICE OF APPEAL

Pape Tamba appeals the memorandum opinion, dismissal of his claims and Final Order against Publix (Doc. 42, 43(now vacated), 45, 51) and the judgment in favor of Publix on their counter-claim and Final Order (Doc. 42, 44, 45, 51) in the above styled case to the United States Court of Appeals For The Eleventh Circuit.

1

                                            Respectfully Submitted,

                                        ***/s/ Lee D. Winston***
                                          Lee D. Winston
                                          Attorney for Pape Tamba

**OF COUNSEL:**
WINSTON COOKS, LLC
The TLC Financial Center
505 20th Street North, Suite 815
Birmingham, Alabama 35203
Telephone: (205)502-0940
lwinston@winstoncooks.com